RECEIVED
IN LAKE CHARLES, LA
SEP - 4 2009
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 2: 05 CR 20223-001 |
| VERSUS | * | JUDGE MINALDI |
| MARCUS WAYNE HENDERSON | * | MAGISTRATE JUDGE KAY |

## MEMORANDUM ORDER

Presently before the court is the defendant's letter Motion for Clarification [doc. 68].

The defendant filed what was docketed as a Motion for a Certificate of Appealability [doc. 62] on July 16, 2009. The court denied this motion on July 24, 2009 [doc. 64].

The defendant then filed a Motion for a Certificate of Appealability ("COA") [DOC. 67] on August 3, 2009. In this Motion for Clarification, the defendant argues that the July 16 motion was merely a "Notice" of a Request for a COA and that the court's denial was premature.

The motion filed July 16, 2009, acted as a Notice of Appeal and a Motion for a COA. A Notice of Intent to file for a COA is not required. To obtain a COA, Henderson must make, "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). When the district court has denied an application for a writ of habeas corpus on substantive grounds that means that Henderson must show that, "reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong." *Slack v. McDaniel*, 529 U.S. 473, 120 S.Ct. 1595, 1604, 146 L.Ed.2d 542 (2000). The defendant has not met his burden for obtaining a COA. Accordingly,

IT IS ORDERED that the defendant's Motion for Clarification IS DISMISSED AS MOOT.

Lake Charles, Louisiana this ____ day of _____, 2009.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE